Lonnie SNELLING, Appellant,

v.

Larry T. McFADDEN, Eufabya McFadden et al., Respondents.

No. ED 86746.

Missouri Court of Appeals,
Eastern District,
Division Three.

April 18, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 2006.

Application for Transfer Denied
Aug. 22, 2006.

Lonnie D. Snelling, St. Louis, pro se.

Bernice Evans, St. Louis, pro se.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Lonnie Snelling appeals the judgment of the trial court dismissing his lawsuit with prejudice for failure to prosecute. We affirm pursuant to 84.16(b).

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value.